**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIRIAM FELICIANO,

                Plaintiff,                22 **CIVIL** 6920 (GWG)

    -v-                              **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 28, 2022, that the Defendant's final decision is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner will offer Plaintiff the opportunity for a hearing and issue a new decision.

**Dated:**  New York, New York
           November 29, 2022

                                                         **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                              **BY:**    *K. Mango*

                                                             **Deputy Clerk**